No. 14-14426

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
_____

DANA'S RAILROAD SUPPLY, *et al.*,

Plaintiffs/Appellants,

v.

PAMELA JO BONDI, in her
official capacity as Attorney General
of the State of Florida,

Defendant/Appellee.
_____

On Appeal from the United States District Court
for the Northern District of Florida
_____

**UNOPPOSED MOTION OF APPELLEE FOR INITIAL 45-DAY
EXTENSION OF TIME TO FILE ANSWER BRIEF**
_____

PAMELA JO BONDI
ATTORNEY GENERAL

Allen Winsor (FBN 016295)
  Solicitor General
Osvaldo Vazquez (FBN 070995)
  Deputy Solicitor General
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3681

**Appeal No. 14-14426**
*Dana's Railroad Supply v. Attorney General*

## CERTIFICATE OF INTERESTED PERSONS AND
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 11th Cir. Rule 26.1-1, counsel for Appellee Pamela Jo Bondi, in her official capacity as Attorney General of the State of Florida, furnish the following list of those who have an interest in the outcome of this case and/or appeal:

1. Almon, James (Counsel for Amici Curiae)

2. Arnold, Richard Alan (Counsel for Amici Curiae)

3. Ballard, Tiffany (Plaintiff)

4. Blechman, William J. (Counsel for Amici Curiae)

5. Bondi, Pamela Jo, Florida Attorney General (Defendant-Appellee)

6. Cook, Eric (Plaintiff-Appellant)

7. Consumer Action (Amicus Curiae)

8. Cook's Sportland (Plaintiff-Appellant)

9. Dana's Railroad Supply (Plaintiff-Appellant)

10. Florida Public Interest Research Group (Amicus Curiae)

11. Frank, David Michael (Counsel for Plaintiffs-Appellants)

12. Friedman, Gary (Counsel for Plaintiffs-Appellants)

13. Germaine, David P. (Counsel for Amici Curiae)

14. Gupta, Deepak (Counsel for Plaintiffs-Appellants)

**Appeal No. 14-14426**
*Dana's Railroad Supply v. Attorney General*

15.  Harper, Lee (Plaintiff, Dismissed 6.11.2014)

16.  Hinkle, Hon. Robert L. (U.S. District Court Judge)

17.  Jackson, Dana (Plaintiff-Appellant)

18.  Kitzman, Tracey (Counsel for Plaintiffs-Appellants)

19.  Martin, Diana L. (Counsel for Amici Curiae)

20.  National Association of Consumer Advocates (Amicus Curiae)

21.  National Consumers League (Amicus Curiae)

22.  Palmer, Duana (Plaintiff-Appellant)

23.  Publix Super Markets, Inc. (not publicly traded) (Amicus Curiae)

24.  Quinn, Rebecca (Counsel for Plaintiffs-Appellants)

25.  Slater, Paul E. (Counsel for Amici Curiae)

26.  Spirit Airlines, Inc. (NASDAQ: SAVE) (Amicus Curiae)

27.  Stempelos, Hon. Charles A. (U.S. Magistrate Judge)

28.  Tallahassee Discount Furniture (Amicus Curiae)

29.  The Kroger Co (NYSE: KR) (Amicus Curiae)

30.  TM Jewelry LLC (Amicus Curiae)

31.  Taylor, Jonathan E. (Counsel for Plaintiffs-Appellants)

32.  U.S. Public Interest Research Group (Amicus Curiae)

33.  Vanek, Joseph M. (Counsel for Amici Curiae)

**Appeal No. 14-14426**
*Dana's Railroad Supply v. Attorney General*

34. Vazquez, Osvaldo, Deputy Solicitor General, Office of the Attorney General of Florida (Counsel for Defendant-Appellee)

35. Walgreen Co (NYSE: WAG) (Amicus Curiae)

36. Winsor, Allen C., Solicitor General, Office of the Attorney General of Florida (Counsel for Defendant-Appellee)

# UNOPPOSED MOTION OF APPELLEE FOR
# INITIAL 45-DAY EXTENSION OF TIME TO FILE ANSWER BRIEF

Defendant/Appellee Pamela Jo Bondi, in her capacity as Attorney General of the State of Florida, through undersigned counsel and pursuant to Fed. R. App. P. 26(b) and 11th Cir. R. 26-1 and 31-2(a), respectfully moves this Court for a 45-day extension of time for the filing of the answer brief in the above-referenced case. This is Appellee's first request for an extension.

If this request is granted, the new deadline for the answer brief would be **February 26, 2015**. As good cause for this requested extension, Appellee submits the following:

1.  Plaintiffs/Appellants filed their initial brief on December 10, 2014, having been granted a thirty-day extension of time in which to file. Pursuant to Eleventh Circuit Rule 31-1(a) and Federal Rule of Appellate Procedure 26, the answer brief currently is due January 12, 2015.

2.  The Office of the Solicitor General of Florida ("OSG") is handling the drafting of the answer brief in this appeal. The OSG has numerous other appellate and trial case assignments, with associated deadlines contemporaneous with the present deadline for the answer brief.

3.  This appeal involves a constitutional challenge to a Florida statute. Appellants and their amici raise numerous First Amendment issues and a range of policy arguments. Additional time is necessary for the OSG to prepare a suitable

answer brief in this case.

4.   Pursuant to Eleventh Circuit Rule 26-1, undersigned counsel for Appellee consulted with opposing counsel regarding this request for an extension. Counsel indicated that they have no objection to the relief sought here.

WHEREFORE, the Appellee respectfully requests that the Court grant a 45-day extension of time for filing of the answer brief and set **February 26, 2015**, as the new deadline for that brief.

Dated: December 30, 2014            Respectfully submitted,


                                    */s/ Osvaldo Vazquez*
                                    Allen Winsor (FBN 16295)
                                      *Solicitor General*
                                    Osvaldo Vazquez (FBN 07995)
                                      *Deputy Solicitor General*
                                    Office of the Attorney General
                                    The Capitol – PL01
                                    Tallahassee, FL  32399-1050
                                    (850) 414-3681
                                    (850) 410-2672 (Fax)
                                    allen.winsor@myfloridalegal.com
                                    osvaldo.vazquez@myfloridalegal.com

                                    *Counsel for Appellee*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 30th day of December, 2014, a true copy of the foregoing motion was filed electronically with the Clerk of Court using the Court's CM/ECF system, which will send by e-mail a notice of docketing activity to the registered Attorney Filers listed on the attached electronic service list.

*/s/ Osvaldo Vazquez*
OSVALDO VAZQUEZ
Florida Bar No. 07995

# ELECTRONIC SERVICE LIST

Deepak Gupta
Jonathan E. Taylor
Gupta Beck PLLC
1735 20th St., NW
Washington, DC  20009
(202) 888-1741

Gary B. Friedman
Rebecca Quinn
Friedman Law Group LLP
270 Lafayette St.
New York, NY  10012
(212) 680-5150

David Frank
Friedman, Frank & Abrahamsen
524 E. College Ave.
Tallahassee, FL  32301
(850) 224-4357

Diana L. Martin
Cohen Milstein Sellers & Toll PLLC
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL  33410
(561) 515-1400

Richard Alan Arnold
William J. Blechman
James Almon
Kenny Nachwalter, P.A.
201 S. Biscayne Blvd., Suite 1100
Miami, FL  33131
(305) 373-1000

Joseph M. Vanek
David P. Germaine
Vanek, Vickers & Masini, P.C.
55 West Monroe St., Suite 3500
Chicago, IL  60603
(312) 224-1500

Paul E. Slater
Sperling & Slater
55 West Monroe St., Suite 3200
Chicago, IL  60603
(312) 641-3200